IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CEDRIC BLANKS                                              PLAINTIFF

v.                        No. 5:14-cv-101-DPM-JTR

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                              DEFENDANT

ORDER

Unopposed recommendation, № 11, adopted. FED.  R. CIV. P. 72(b)

(Advisory Committee Notes to 1983 Addition).

So Ordered.


_____
D.P. Marshall Jr.
United States District Judge

20 August 2015