IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CEDRIC BLANKS                                                  PLAINTIFF

v.                                No. 5:14-cv-101-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                       DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded with instructions, № 11. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2015