IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CEDRIC BLANKS**  PLAINTIFF

v.  No. 5:14-cv-101-DPM-JTR

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner  DEFENDANT

## ORDER

Unopposed motion, № 14, granted. The Court awards a reasonable attorney's fee of $4,242.90, payable to Blanks. The check should be mailed to Blanks's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2015